**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff

                                   Case Number: 12-10754
VS.                          Honorable: Robert H. Cleland

NINA M. EDWARDS,
    Defendant

_____/

**ORDER FOR VOLUNTARY DISMISSAL**

Upon the Notice of the Plaintiff herein, and for the reasons stated in the said Petition,

IT IS HEREBY ORDERED that the above matter be dismissed without prejudice and without cost to any party.

DATED: 5/21/2012                                         s/Robert H. Cleland
                                                                 U.S. District Court Judge