# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

VS.

    Case Number: 12-10754
    Honorable: Robert H. Cleland

NINA M. EDWARDS,
    Defendant

_____/

## ORDER FOR VOLUNTARY DISMISSAL

Upon the Notice of the Plaintiff herein, and for the reasons stated in the said Petition,

IT IS HEREBY ORDERED that the above matter be dismissed without prejudice and without cost to any party.

DATED: 5/21/2012

    s/Robert H. Cleland
    U.S. District Court Judge